# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
PLUM, ANTHONY R § Case No. 11-21911
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Frances Gecker_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 11-21911 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | PLUM, ANTHONY R | | | Date Filed (f) or Converted (c): | 05/24/11 (f) |
| | | | | 341(a) Meeting Date: | 07/07/11 |
| For Period Ending: | 07/30/14 | | | Claims Bar Date: | 02/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE AT 7362 N. ASHLAND BLVD, CHICAGO IL 60  Debtor Claimed Exemption | 179,000.00 | 0.00 | | 0.00 | FA |
| 2. PERSONAL CHECKING ACCOUNT WITH CHASE | 100.00 | 100.00 | | 0.00 | FA |
| 3. PERSONAL SAVINGS ACCOUNT WITH CHASE  Debtor Claimed Exemption | 500.00 | 255.39 | | 0.00 | FA |
| 4. BUSINESS CHECKING ACCOUNT WITH CHASE  Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA |
| 5. BUSINESS SAVINGS ACCOUNT WITH CHASE  Debtor Claimed Exemption | 400.00 | 0.00 | | 0.00 | FA |
| 6. MISCELLANEOUS USED HOUSEHOLD GOODS  Debtor Claimed Exemption | 900.00 | 0.00 | | 0.00 | FA |
| 7. PERSONAL USED CLOTHING  Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA |
| 8. PROCTOR & GAMBLE WITH 33.2750 SHARES  Debtor Claimed Exemption | 2,155.39 | 0.00 | | 0.00 | FA |
| 9. ARES CAFE CORPORATION, S CORPORATION: DEBTOR OWNS | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 10. CITY LIQUOR LICENSE: NO RESALE VALUE | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 11-21911 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | PLUM, ANTHONY R | | | Date Filed (f) or Converted (c): | 05/24/11 (f) |
| | | | | 341(a) Meeting Date: | 07/07/11 |
| | | | | Claims Bar Date: | 02/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. RESTAUANT LICENSE: NO RESALE VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 12. STATE LIQUOR LICENSE: NO RESALE VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2002 CHRYSLER PT CRUISER WITH 95,000 MILES KBB, PP  Debtor Claimed Exemption | 1,475.00 | 0.00 | | 0.00 | FA |
| 14. USED RESTAURANT EQUIPMENT: OVEN, DEEP FRYER, REFRI  Debtor Claimed Exemption | 600.00 | 0.00 | | 0.00 | FA |
| 15. 2 FLATSCREEN TELEVISIONS USED IN BUSINESS: 44" DYN  Debtor Claimed Exemption | 900.00 | 0.00 | | 0.00 | FA |
| 16. ONE WEEK'S SUPPLY OF PERISHABLE FOOD ITEMS | 400.00 | 400.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)     $187,030.39     $15,755.39     $15,000.00     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS SUBMITTED A TFR TO THE UST FOR REVIEW.

Initial Projected Date of Final Report (TFR): 12/01/12     Current Projected Date of Final Report (TFR): 08/01/14

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| Case No: 11-21911 PSH Judge: Pamela S. Hollis | Trustee Name: Frances Gecker |
| Case Name: PLUM, ANTHONY R | Date Filed (f) or Converted (c): 05/24/11 (f) |
| | 341(a) Meeting Date: 07/07/11 |
| | Claims Bar Date: 02/29/12 |

/s/ Frances Gecker

_____ Date: _____

FRANCES GECKER

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-21911 -PSH | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | PLUM, ANTHONY R | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******6419 OPERATING ACCOUNT |
| Taxpayer ID No: | *******7356 | | |
| For Period Ending: | 07/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/22/12 | 9 | Frank/Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Ares Stock Purchase | | 7,573.01 | | 7,573.01 |
| | | JENNIFER MONTI | Memo Amount: 15,000.00<br>Sale of Ares Cafe | 1129-000 | | | |
| | | CITY OF CHICAGO LIQUOR LICENSE RENE | Memo Amount: ( 6,575.00 )<br>City of Chicago Liquor License | 2500-000 | | | |
| | | STATE OF ILLINOIS | Memo Amount: ( 525.00 )<br>State of Illinois Liquor License | 2500-000 | | | |
| | | ILLINOIS DEPARTMENT OF REVENUE | Memo Amount: ( 142.99 )<br>IL Dept. of Rev. Fees and Fines | 2820-000 | | | |
| | | PARKING FEES FOR (6) TRIPS | Memo Amount: ( 184.00 )<br>Parking Fees | 2500-000 | | | |
| 04/05/12 | 001000 | KUDAN GROUP, INC.<br>156 NORTH JEFFERSON, SUITE 201<br>GLENVIEW, IL 60661 | BROKER'S COMMISSION | 3510-000 | | 1,500.00 | 6,073.01 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 6,073.01 | 0.00 |

Page Subtotals: 7,573.01     7,573.01

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-21911 -PSH | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | PLUM, ANTHONY R | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******6419  OPERATING ACCOUNT |
| Taxpayer ID No: | *******7356 | | |
| For Period Ending: | 07/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 15,000.00 | COLUMN TOTALS | | 7,573.01 | 7,573.01 | 0.00 |
| Memo Allocation Disbursements: | 7,426.99 | Less: Bank Transfers/CD's | | 0.00 | 6,073.01 | |
| | | Subtotal | | 7,573.01 | 1,500.00 | |
| Memo Allocation Net: | 7,573.01 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 7,573.01 | 1,500.00 | |

Page Subtotals        0.00        0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Ver: 18.00b

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 11-21911 -PSH | | Trustee Name: | Frances Gecker |
| Case Name: | PLUM, ANTHONY R | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******7237 GENERAL CHECKING |
| Taxpayer ID No: | *******7356 | | | |
| For Period Ending: | 07/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 6,073.01 | | 6,073.01 |
| 02/14/13 | 010000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 | | 5.48 | 6,067.53 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 4.95 | 6,062.58 |
| 03/11/13 | | Bank of New York Mellon | BANK SERVICE FEES | 2600-000 | | 5.05 | 6,057.53 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,047.53 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,037.53 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,027.53 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,017.53 |
| 11/14/13 | 010001 | ILLINOIS DEPT. OF REVENUE P.O. Box 19006 Springfield, IL 62794-9006 | FEIN 45-6827356 2012 Form IL-1041 | 2820-000 | | 106.00 | 5,911.53 |

Page Subtotals        6,073.01        161.48

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-21911 -PSH | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | PLUM, ANTHONY R | Bank Name: | Bank of New York Mellon |
| | | Account Number / CD #: | *******7237  GENERAL CHECKING |
| Taxpayer ID No: | *******7356 | | |
| For Period Ending: | 07/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 6,073.01 | 161.48 | 5,911.53 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 6,073.01 | 0.00 | |
| | | Subtotal | 0.00 | 161.48 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 161.48 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 15,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 7,426.99 | OPERATING ACCOUNT - ********6419 | 7,573.01 | 1,500.00 | 0.00 |
| | | GENERAL CHECKING - ********7237 | 0.00 | 161.48 | 5,911.53 |
| Total Memo Allocation Net: | 7,573.01 | | 7,573.01 | 1,661.48 | 5,911.53 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: _____/s/    Frances Gecker_____  Date: 07/30/14
FRANCES GECKER

Page Subtotals      0.00      0.00

UST Form 101-7-TFR (5/1/2011) (Page: 9)

Ver: 18.00b

LFORM24

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 30, 2014 |

Case Number: 11-21911
Debtor Name: PLUM, ANTHONY R

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Administrative | | $3,518.03 | $0.00 | $3,518.03 |
| 001<br>3410-00 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS  60603 | Administrative | | $993.50 | $0.00 | $993.50 |
| 000001<br>070<br>7100-00 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $11,765.14 | $0.00 | $11,765.14 |
| 000002<br>070<br>7100-00 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Unsecured | | $3,948.11 | $0.00 | $3,948.11 |
| 000003<br>070<br>7100-00 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Unsecured | | $7,437.08 | $0.00 | $7,437.08 |
| 000004<br>050<br>4110-00 | REAL TIME RESOLUTIONS, INC.<br>1349 EMPIRE CENTRAL DR., STE #150<br>P.O. BOX 36655<br>DALLAS, TX 75247 | Secured | | $60,365.23 | $0.00 | $60,365.23 |
| | Case Totals: | | | $88,027.09 | $0.00 | $88,027.09 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-21911
Case Name: PLUM, ANTHONY R
Trustee Name: Frances Gecker

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004 | REAL TIME RESOLUTIONS, INC. | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ | $ | $ |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ | $ | $ |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ | $ | $ |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ | $ | $ |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ | $ | $ |
| 000002 | CHASE BANK USA, N.A. | $ | $ | $ |
| 000003 | CHASE BANK USA, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____

      Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be         percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be         percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE