# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                              §
                                    §
PLUM, ANTHONY R                     §    Case No. 11-21911
                                    §
            Debtor(s)               §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Kenneth S. Gardner
   219 S. Dearborn Street
   7th Floor
   Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/02/2014 in Courtroom 644,
   United States Courthouse
   219 S. Dearborn Street
   Chicago, Illinois  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/01/2014                By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
 §
PLUM, ANTHONY R  §   Case No. 11-21911
 §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 15,000.00 |
| and approved disbursements of | $ | 9,088.47 |
| leaving a balance on hand of[1] | $ | 5,911.53 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000004 | REAL TIME RESOLUTIONS, INC. | $ 60,365.23 | $ 60,365.23 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 5,911.53 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frances Gecker | $ 1,400.00 | $ 0.00 | $ 1,400.00 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 3,489.50 | $ 0.00 | $ 3,489.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 28.53 | $ 0.00 | $ 28.53 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 975.00 | $ 0.00 | $ 975.00 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 18.50 | $ 0.00 | $ 18.50 |

Total to be paid for chapter 7 administrative expenses    $       5,911.53

Remaining Balance    $         0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,150.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 11,765.14 | $ 0.00 | $ 0.00 |
| 000002 | CHASE BANK USA, N.A. | $ 3,948.11 | $ 0.00 | $ 0.00 |
| 000003 | CHASE BANK USA, N.A. | $ 7,437.08 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $         0.00

Remaining Balance    $         0.00

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/Frances Gecker  
                                    Chapter 7 Trustee

*Frances Gecker*  
*325 N. LaSalle Street*  
*Suite 625*  
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-21911-PSH
Anthony R Plum                                                            Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mrahmoun           Page 1 of 2            Date Rcvd: Aug 01, 2014
                              Form ID: pdf006          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2014.
```
db          +Anthony R Plum,    2111 Laurel St.,    New Orleans, LA 70130-4947
aty         +William Cross,    Frank/Gecker LLP,    325 N. LaSalle St.,    Chicago, IL 60654-6465
17316123    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
17316124     Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
17316125    +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
17316129   ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
            (address filed with court: Chrysler Financial,    Po Box 1509,    Pleasanton, CA 94566)
17316130   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
            (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
              Kansas City, MO 64195)
17316128     Chase,   Cardmember Service,    PO Box 15298,    Wilmington, DE 19850-5298
17316127    +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
18285391     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17854532     Comcast,    POB 3002,    Southeastern, PA 19398-3002
17316133     First National Bank Credit Card Center,    Attention: Bankruptcy Department,
              14010 First National Bank Parkway Stop,    Omaha, NE 68154
17316134    +Fleet Cc,    200 Tournament Dr,    Horsham, PA 19044-3606
17316135    +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
17316137    +HSBC,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
17316136    +Home Comings Financial,    Attention: Bankruptcy Dept,    1100 Virginia Drive,
              Fort Washington, PA 19034-3204
17316138    +Hsbc/rs,    90 Christiana Rd,    New Castle, DE 19720-3118
17316139    +Lazarus/macy's,    Attention: Bankruptcy,    Po Box 8118,    Mason, OH 45040-8118
17316140    +Peoples Bk Credit Card Services,    Attn: Bankruptcy,    Po Box 7092 Rccb 0680,
              Bridgeport, CT 06601-7092
17828325     Peoples Gas,    130 East Randolph Drive,    Chicago, IL 60687-0001
17316141    +Pnc Mortgage,    3232 Nemark Dr,    Miamisburg, OH 45342-5433
17828326    +Tom Dekoven,    1238 W. Newport,    Chicago, IL 60657-1422
17316142    +Zwicker & Associates PC,    80 Minuteman Road,    Andover, MA 01810-1008
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17316126    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 02 2014 00:58:13     Capital One, N.a.,
              C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
18143354     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 02 2014 00:58:19     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
17316132    +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 02 2014 00:58:19     Discover Fin,
              Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
18291882     E-mail/Text: bkdepartment@rtresolutions.com Aug 02 2014 00:52:31     Real Time Resolutions, Inc.,
              1349 Empire Central Dr., Ste #150,    P.O. Box 36655,    Dallas, TX 75247
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17828324*   +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
17316131*  ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
            (address filed with court: Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20363,
              Kansas City, MO 64195)
                                                                                   TOTALS: 0, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2014                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: mrahmoun            Page 2 of 2              Date Rcvd: Aug 01, 2014
                              Form ID: pdf006           Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2014 at the address(es) listed below:

        Christopher M Brown    on behalf of Creditor    Bank of America, N.A. northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
        David   Gallagher    on behalf of Debtor Anthony R Plum dgallagher@lawsolutionsbk.com, dgallagher@lawsolutionsbk.com
        Frances   Gecker    on behalf of Accountant Alan D. Lasko fgecker@fgllp.com, fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
        Frances   Gecker    fgecker@fgllp.com, fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Zane L Zielinski    on behalf of Trustee Frances   Gecker zzielinski@fgllp.com, csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com

        TOTAL: 6