UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
PLUM, ANTHONY R § Case No. 11-21911
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on              . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Frances Gecker_____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |
|  | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | REAL TIME RESOLUTIONS, INC. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CITY OF CHICAGO LIQUOR LICENSE RENE | | | | | |
| PARKING FEES FOR (6) TRIPS | | | | | |
| STATE OF ILLINOIS | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| FRANKGECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| KUDAN GROUP, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America 4060 Ogletown/Stanton Rd Newark, DE 19713 | | | | | |
| | Bank Of America Attn: Bankruptcy NC4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | | | | |
| | Capital One, N.a. C/O American Infosource Po Box 54529 Oklahoma City, OK 73154 | | | | | |
| | Capital One, N.a. C/O American Infosource Po Box 54529 Oklahoma City, OK 73154 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Service PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chrysler Financial Po Box 1509 Pleasanton, CA 94566 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | | | | |
| | First National Bank Credit Card Center Attention: Bankruptcy Department 14010 First National Bank Parkway Omaha, NE 68154 | | | | | |
| | Fleet Cc 200 Tournament Dr Horsham, PA 19044 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fnb Omaha Po Box 3412 Omaha, NE 68103 | | | | | |
| | HSBC Attn: Bankruptcy Po Box 5263 Carol Stream, IL 60197 | | | | | |
| | Home Comings Financial Attention: Bankruptcy Dept 1100 Virginia Drive Fort Washington, PA 19034 | | | | | |
| | Hsbc/rs 90 Christiana Rd New Castle, DE 19720 | | | | | |
| | Lazarus/macy's Attention: Bankruptcy Po Box 8118 Mason, OH 45040 | | | | | |
| | Peoples Bk Credit Card Services Attn: Bankruptcy Po Box 7092 Rccb 0680 Bridgeport, CT 06601 | | | | | |
| | Pnc Mortgage 3232 Nemark Dr Miamisburg, OH 45342 | | | | | |
| | Pnc Mortgage 3232 Nemark Dr Miamisburg, OH 45342 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Pnc Mortgage 3232 Nemark Dr Miamisburg, OH 45342 |  |  |  |  |  |
|  | Zwicker & Associates PC 80 Minuteman Road Andover, MA 01810 |  |  |  |  |  |
| 000002 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000003 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000001 | DISCOVER BANK |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-21911 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Frances Gecker |
| Case Name: | PLUM, ANTHONY R | | | Date Filed (f) or Converted (c): | 05/24/11 (f) |
| | | | | 341(a) Meeting Date: | 07/07/11 |
| For Period Ending: | 10/13/14 | | | Claims Bar Date: | 02/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE AT 7362 N. ASHLAND BLVD, CHICAGO IL 60  Debtor Claimed Exemption | 179,000.00 | 0.00 | | 0.00 | FA |
| 2. PERSONAL CHECKING ACCOUNT WITH CHASE | 100.00 | 100.00 | | 0.00 | FA |
| 3. PERSONAL SAVINGS ACCOUNT WITH CHASE  Debtor Claimed Exemption | 500.00 | 255.39 | | 0.00 | FA |
| 4. BUSINESS CHECKING ACCOUNT WITH CHASE  Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA |
| 5. BUSINESS SAVINGS ACCOUNT WITH CHASE  Debtor Claimed Exemption | 400.00 | 0.00 | | 0.00 | FA |
| 6. MISCELLANEOUS USED HOUSEHOLD GOODS  Debtor Claimed Exemption | 900.00 | 0.00 | | 0.00 | FA |
| 7. PERSONAL USED CLOTHING  Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA |
| 8. PROCTOR & GAMBLE WITH 33.2750 SHARES  Debtor Claimed Exemption | 2,155.39 | 0.00 | | 0.00 | FA |
| 9. ARES CAFE CORPORATION, S CORPORATION: DEBTOR OWNS | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 10. CITY LIQUOR LICENSE: NO RESALE VALUE | 0.00 | 0.00 | | 0.00 | FA |

LFORM1                                                                                                    Ver: 18.01

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-21911 | PSH | Judge: Pamela S. Hollis |
|---|---|---|---|
| Case Name: | PLUM, ANTHONY R | | |

| Trustee Name: | Frances Gecker |
|---|---|
| Date Filed (f) or Converted (c): | 05/24/11 (f) |
| 341(a) Meeting Date: | 07/07/11 |
| Claims Bar Date: | 02/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. RESTAUANT LICENSE: NO RESALE VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 12. STATE LIQUOR LICENSE: NO RESALE VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2002 CHRYSLER PT CRUISER WITH 95,000 MILES KBB, PP  Debtor Claimed Exemption | 1,475.00 | 0.00 | | 0.00 | FA |
| 14. USED RESTAURANT EQUIPMENT: OVEN, DEEP FRYER, REFRI  Debtor Claimed Exemption | 600.00 | 0.00 | | 0.00 | FA |
| 15. 2 FLATSCREEN TELEVISIONS USED IN BUSINESS: 44" DYN  Debtor Claimed Exemption | 900.00 | 0.00 | | 0.00 | FA |
| 16. ONE WEEK'S SUPPLY OF PERISHABLE FOOD ITEMS | 400.00 | 400.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $187,030.39 | $15,755.39 | | $15,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS SUBMITTED A TFR TO THE UST FOR REVIEW.

Initial Projected Date of Final Report (TFR): 12/01/12    Current Projected Date of Final Report (TFR): 08/01/14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-21911   PSH   Judge: Pamela S. Hollis | Trustee Name:   Frances Gecker |
| Case Name: | PLUM, ANTHONY R | Date Filed (f) or Converted (c):   05/24/11 (f) |
| | | 341(a) Meeting Date:   07/07/11 |
| | | Claims Bar Date:   02/29/12 |

/s/   Frances Gecker
_____   Date: 10/13/14
   FRANCES GECKER

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-21911 -PSH | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | PLUM, ANTHONY R | Bank Name: | Congressional Bank |
|  |  | Account Number / CD #: | *******6419  OPERATING ACCOUNT |
| Taxpayer ID No: | *******7356 |  |  |
| For Period Ending: | 10/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/22/12 | 9 | Frank/Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Ares Stock Purchase | | 7,573.01 | | 7,573.01 |
| | | JENNIFER MONTI | Memo Amount:         15,000.00<br>Sale of Ares Cafe | 1129-000 | | | |
| | | CITY OF CHICAGO LIQUOR LICENSE RENE | Memo Amount:    (     6,575.00 )<br>City of Chicago Liquor License | 2500-000 | | | |
| | | STATE OF ILLINOIS | Memo Amount:    (       525.00 )<br>State of Illinois Liquor License | 2500-000 | | | |
| | | ILLINOIS DEPARTMENT OF REVENUE | Memo Amount:    (       142.99 )<br>IL Dept. of Rev. Fees and Fines | 2820-000 | | | |
| | | PARKING FEES FOR (6) TRIPS | Memo Amount:    (       184.00 )<br>Parking Fees | 2500-000 | | | |
| 04/05/12 | 001000 | KUDAN GROUP, INC.<br>156 NORTH JEFFERSON, SUITE 201<br>GLENVIEW, IL  60661 | BROKER'S COMMISSION | 3991-000 | | 1,500.00 | 6,073.01 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 6,073.01 | 0.00 |

Page Subtotals     7,573.01     7,573.01

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2 Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit 9

| | |
|---|---|
| Case No: | 11-21911 -PSH |
| Case Name: | PLUM, ANTHONY R |
| Taxpayer ID No: | *******7356 |
| For Period Ending: | 10/13/14 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******6419 OPERATING ACCOUNT |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: | 15,000.00 | COLUMN TOTALS | 7,573.01 | 7,573.01 | 0.00 |
| | | Memo Allocation Disbursements: | 7,426.99 | Less: Bank Transfers/CD's | 0.00 | 6,073.01 | |
| | | | | Subtotal | 7,573.01 | 1,500.00 | |
| | | Memo Allocation Net: | 7,573.01 | Less: Payments to Debtors | | 0.00 | |
| | | | | Net | 7,573.01 | 1,500.00 | |

Page Subtotals 0.00 0.00

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-21911 -PSH | | Trustee Name: | Frances Gecker |
| Case Name: | PLUM, ANTHONY R | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******7237  GENERAL CHECKING |
| Taxpayer ID No: | *******7356 | | | |
| For Period Ending: | 10/13/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 6,073.01 | | 6,073.01 |
| 02/14/13 | 010000 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | Blanket Bond #016026455 | 2300-000 | | 5.48 | 6,067.53 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 4.95 | 6,062.58 |
| 03/11/13 | | Bank of New York Mellon | BANK SERVICE FEES | 2600-000 | | 5.05 | 6,057.53 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,047.53 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,037.53 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,027.53 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,017.53 |
| 11/14/13 | 010001 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19006<br>Springfield, IL  62794-9006 | FEIN 45-6827356<br>2012 Form IL-1041 | 2820-000 | | 106.00 | 5,911.53 |
| 09/09/14 | 010002 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Compensation/Expense | 2100-000 | | 1,400.00 | 4,511.53 |
| | | | Page Subtotals | | 6,073.01 | 1,561.48 | |

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-21911 -PSH | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | PLUM, ANTHONY R | Bank Name: | Bank of New York Mellon |
| | | Account Number / CD #: | *******7237 GENERAL CHECKING |
| Taxpayer ID No: | *******7356 | | |
| For Period Ending: | 10/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/09/14 | 010003 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Attorney for Trustee Fees (Trustee | | | 3,518.03 | 993.50 |
| | | | Fees 3,489.50 | 3110-000 | | | |
| | | | Expenses 28.53 | 3120-000 | | | |
| 09/09/14 | 010004 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603 | Accountant for Trustee Fees (Other | | | 993.50 | 0.00 |
| | | | Fees 975.00 | 3410-000 | | | |
| | | | Expenses 18.50 | 3420-000 | | | |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 6,073.01 6,073.01 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 6,073.01 0.00 |
| Memo Allocation Net: | 0.00 | Subtotal | 0.00 6,073.01 |
| | | Less: Payments to Debtors | 0.00 |
| | | Net | 0.00 6,073.01 |
| Total Allocation Receipts: | 15,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS / NET DISBURSEMENTS / ACCOUNT BALANCE |
| Total Allocation Disbursements: | 7,426.99 | OPERATING ACCOUNT - ********6419 | 7,573.01 1,500.00 0.00 |
| Total Memo Allocation Net: | 7,573.01 | GENERAL CHECKING - ********7237 | 0.00 6,073.01 0.00 |
| | | | 7,573.01 7,573.01 0.00 |
| | | | (Excludes Account Transfers) (Excludes Payments To Debtors) Total Funds On Hand |
| | | Page Subtotals | 0.00 4,511.53 |

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 11-21911 -PSH | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | PLUM, ANTHONY R | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******7237  GENERAL CHECKING |
| Taxpayer ID No: | *******7356 | | | |
| For Period Ending: | 10/13/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

OPERATING ACCOUNT - ********6419
GENERAL CHECKING - ********7237

Frances Gecker, Trustee

Trustee's Signature: ____/s/____Frances Gecker_____   Date: 10/13/14
FRANCES GECKER

Page Subtotals        0.00        0.00

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*